Dear Honorable Clerk,    USDC CLERK, GREENVILLE. SC    August 28, 2020

I, Gary Wayne Garland, Jr. DOB: 1971, SSN: 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, am currently a Federal detainee inmate. I am currently being housed in The Anderson City Jail, Cell-A-08.

I must apologize for this inquiry, I do not know what else to do, nor do I have the contact information for the U.S. Marshalls Service in Greenville, nor do I have the name and contact for my Federal Public Defender, which I believe, is out of the Greenville office.

I am truly sorry for this request, it is critically urgent and incrediblly important. I beg the honorable clerk, if you would please, forward a copy of the attached letter, to The U.S. Marshalls Service, in Greenville, SC, and to the Federal Public Defenders Office in Greenville, SC, please.

On August 27, 2020, around 8:30pm or so, I was physically assulted by a gang, in a hate crime lynch style assult. I was taken to the emergency for an emergency CAT scan for head trama.

I feel in danger, need help, a disregard for my safety and wellbeing by The Anderson City Jail, and its staff.

Please forward the attached letter, please.

Thank you for your much needed time and help.

Respectfully,
Gary G[signature]

Gary Garland
A.C.D./A-08
401 S. Main Street
Anderson, SC 29624

I, Gary Wayne Garland, Jr., DOB: 04-13-1971, Social Security No. 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, do hereby swear under oath, the following statement is true and correct, to the best of my recollection, on this day of August, 28, 2020. First let me stress that I am not feeling well at all, my penmanship is suffering due to head and neck trama. My wife, Shannon Nadine Garland, is also housed at this facility as well.

On August 27, 2020, while in the A-Pod, living area of the Anderson City Jail, the inmates on this wing, was viewing the local news, on the inmate television. The local news displayed my wife and I, names and discussed the federal charges. After the second news broadcast, I was approached by a lead gang member, whom currently lives in cell; A-210, at this facility. I was attempted to be extorted, in the form of payments, for protection, by the gang, due to the charges of my wife and I. I refused this extortion attempt, in front of everyone. I then went to my cell; A-208, to regain my composure and calm down. Three gang members came to my cell, two of the black gang members rushed in to assult and lynch me, while the third, white gang member stood watch at my cell door. I was repeatedly physically assulted, I tried to defend my self as best as possible. As soon as they all left my cell, I pressed the incell emergency

1.   button, telling the control booth city jail

officer, that I had just been assulted, to please shut my cell door, and help me. This was roughly 8:30 pm or so. My cell door was shut, shortly thereafter, all the cell block A inmates were locked in their cells. Several minutes later I was told to report to a jail officer. I requested medical attention at that point. While I was waiting on EMS to arrive, my head and neck were exploding with pain, I was then in holding cell 1, I became very disoriented, and starting getting some nausea and vomiting. I had trouble walking and talking. When EMS arrived, I was worse, my heart rate and blood pressure was very high, I was having trouble focusing and staying alert. I was transported to the Anderson AnMed hospital. After analysis by the ER doctor, I was ordered for emergency CAT scan. The CAT scan came back negative for fractured skull or brain damage and internal bleeding.

However, I still had the symptoms and effects of a concussion and neck injury. I was returned to the city jail. I requested to be permitted to contact my state attorney and my family, I was denied both. I have visible head and face trama, I have two lacerations: lower left forehead, outside left eyebrow, three brused and swollen impact sites, left temple cheekbone, lower left cheek bone, and upper left mouth, just below the nostrial. The city jail staff would not

2.

take any photos of the physical damage for evidence. I requested to be placed in a different housing area of the jail, as a fale safe, for my protection, in the event of my cell door opening by mistake, being housed in the same area as my attackers. I was denied this protection, told "I will get this everywhere I go, so I should get use to it". I was placed back in my cell; A-208, in the same living area as my attackers, two of which live on either side of me. I requested repeatedly that I want to press charges for assult and battery, gang lynching, and hate crime assult. I was denied. My attackers were given 72 hours lockdown as punishment for assulting me, they will come off lockdown on Sunday 30, 2020, in the same living area as I. I am currently locked down in my cell, in a punishment manner. I requested today, the 28th of August, 2020, to call my state attorney, the U.S. Marshalls Service, and my family, I was denied. I am not even allowed to shower or contact anyone, I am to be hidden until my wounds heal. I am being denied access to my lawyers, my family, healthy hygiene. I am being punished, I have been physically assulted by a gang, I am the victim for Christ Sake. Moreover, I am housed right next to my attackers. Whats to happen to me when they come off lockdown and my cell door is opened by "mistake"?

3. The main gang member in the assult lives

right beside me in Cell: A-207, I live in Cell: A-208, The lead gang member - The extorter - and back up assulter, lives on the other side of me in Cell: A-210, The third gang member and the look out during my assult, lives directly above me, in Cell: 308. My God, is the City Jail staff trying to allow me to be killed, left to die, turning a blind eye to my assult, my physical and Mental Safety. I now fear for the safety and well being of my wife as well, we were actually safer at the Anderson County Jail.

I want to press charges against these gang members, I want to contact my lawyers and family members, I want to be safe and protected, I need help, please. By the time you get this letter, it could very well be too late. Please help me and my wife, please. I hurt so badly, I dont know what else to do.

*[signature]*

Gary Garland                    Shannon Garland
Anderson City Detention         Anderson City Detention
401 S. Main Street              401 S. Main Street
Anderson, SC 29624              Anderson, SC 29624

4.