# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.

GARY GARLAND

CASE NO. 8:20cr00452-DCC

### PLEA

The Defendant, GARY GARLAND, acknowledges receipt of a copy of the superseding indictment and pleads guilty in open court to count(s) <u>1s, 4s, and 5s</u>.

_____
(Signed) Defendant

Spartanburg, South Carolina
June 21, 2021